# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

KANSAS HEALTH CARE
ASSOCIATION, et al.,,

        Plaintiffs,

vs.                                 Case No. 93-4045-RDR

KANSAS DEPARTMENT OF SOCIAL
& REHABILITATION SERVICES, et al.,

        Defendants.

## MINUTE ORDER FOR DISPOSAL OF EXHIBITS

UPON DIRECTION OF THE COURT AND PURSUANT TO RULE 79.3 OF THE RULES OF PRACTICE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS IT IS

**ORDERED** that all of the exhibits/sealed documents/filed depositions in the above entitled action shall be withdrawn from the Office of the Clerk by the respective parties not later than fifteen (15) days from the date of this Order. Each party shall endorse a receipt for any exhibits/sealed documents/filed deposition withdrawn.

**IT IS FURTHER ORDERED** that all exhibits/sealed documents/filed depositions not withdrawn in the time designated by this Order may be destroyed or otherwise disposed of by the Clerk of the Court.

Dated: March 11, 2004

                                            **RALPH L. DeLOACH, CLERK**

                                            By: <u>C.A. Masters, Deputy Clerk</u>